## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PATRICIA GRUDIER** | : | **CASE NO.:** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **HENDEL'S, INC.** | : | |
| | : | **DATE: MARCH 11, 2008** |
| **Defendant.** | : | |
| | : | |

### NOTICE OF REMOVAL

Defendant, Hendel's, Inc. ("Hendel's"), by and through its undersigned counsel, and pursuant to 28 U.S.C. § 1441, hereby gives notice that it has removed from the Superior Court of Connecticut, Judicial District of New London, the action entitled *Patricia Grudier v. Hendel's, Inc.*, Superior Court of the State of Connecticut, Judicial District of New London, Docket No. KNL-CV-08-5006037-S ("the Superior Court Action"), to this Court, the United States District Court for the District of Connecticut, and states as follows:

1.      On or about February 19, 2008, Plaintiff commenced the Superior Court Action again.  Service of the summons and complaint was the Defendant's first notice of this action.  This Notice of Removal has been filed within thirty days after service on Defendant. *See* 28 U.S.C. § 1446(b).

2.      The Superior Court Action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.  The Superior Court Action is removable to the United States District Court pursuant to 28 U.S.C. § 1441(a) *et seq*.

The Complaint alleges causes of action for alleged violations of the Equal Pay Act, 29 U.S.C. § 206(d) and of Conn. Gen. Stat. §§ 31-75 and 31-76.  Supplemental jurisdiction of the state court claims is grounded on 28 U.S.C. § 1367.

3.     The Superior Court Action is not an action described in 28 U.S.C. § 1445.

4.     This Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b), within thirty days of receiving notice of the claims that are being removed.

5.     In accordance with 28 U.S.C. § 1446(a), and this Court's Standing Order in Removed Cases, attached hereto and made a part hereof as Exhibit 1 are copies of all process, pleadings, papers and orders served upon the Defendant in this action and/or filed in the Superior Court of Connecticut, Judicial District of New London.

6.     This Notice of Removal is served upon all parties and filed with the Clerk of the Superior Court of Connecticut, Judicial District of New London, contemporaneously with this filing. *See* 28 U.S.C. § 1446(d).

WHEREFORE, the defendant, Hendel's, Inc., hereby gives notice of the removal of the Superior Court Action.

WHEREFORE, Defendant prays that the above-referenced action now pending in the Superior Court of Connecticut, Judicial District of New London, Docket No. KNL-CV-08-5006037-S, be removed therefrom in its entirety to this Court, as provided by law, and, pursuant to 28 U.S.C. § 1446(d), that the Superior Court proceed no further unless and until the case is remanded.

2

DEFENDANT,
HENDEL'S, INC.

By: _____

Richard D. O'Connor
Fed. Bar No. ct05388
George J. Kelly, Jr.
Fed. Bar No. ct06888
Siegel, O'Connor, O'Donnell &
Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
Tel.: (860) 727-8900
Fax: (860) 527-5131
Email: gkelly@siegeloconnor.com
Its Attorneys

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2008, a copy of this Notice of Removal was sent by first class mail, postage prepaid, to Jacques J. Parenteau, Esq., Madsen, Prestley & Parenteau, 105 Huntington Street, P.O. Box 1631, New London, Connecticut 06320, counsel for Plaintiff.

_____
George J. Kelly, Jr.

3

# EXHIBIT  1

| **SUMMONS - CIVIL**<br>(Except Family Actions)<br>JD-CV-1 Rev. 1-2000<br>C.G.S. § 51-346, 51-347, 51-349, 51-350, 52-45a,<br>52-48, 52-259, P.B. Secs 3-1 thru 3-21, 8-1 | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>www.jud.ct.gov | "X" ONE OF THE FOLLOWING:<br>*Amount, legal interest or property in demand, exclusive of interest and costs is:* |
|---|---|---|

**INSTRUCTIONS**

1. Type or print legibly; sign original summons and conform all copies of the summons.
2. Prepare or photocopy conformed summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. The party recognized to pay costs must appear personally before the authority taking the recognizance.
6. Do not use this form for actions in which an attachment, garnishment or replevy is being sought. See Practice Book Section 8-1 for other exceptions.

| [ ] less than $2,500 |
| [ ] $2,500 through $14,999.99 |
| [X] $15,000 or more |
| ("X" if applicable) |
| [ ] Claiming other relief in addition to or in lieu of money or damages. |

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

RETURN DATE (Mo., day, yr.)<br>(Must be a Tuesday)  **3/11/08**

| [X] JUDICIAL DISTRICT | AT (Town in which writ is returnable) (C.G.S. 51-346, 51-349) | CASE TYPE (See JD-CV-1c) |
|---|---|---|
| [ ] HOUSING SESSION  [ ] G.A. NO. | **New London** | Major **C**   Minor **90** |
| ADDRESS OF COURT CLERK WHERE WRIT AND OTHER PAPERS SHALL BE FILED (No., street, town and zip code) (C.G.S. 51-346, 51-350)<br>**70 Huntington Street, New London, CT 06320** | | TELEPHONE NO. (with area code)<br>**860-443-5363** |

| PARTIES | NAME AND ADDRESS OF EACH PARTY<br>(No., street, town and zip code) | NOTE: Individuals' Names:<br>Last, First, Middle Initial | [ ] Form JD-CV-2 attached | PTY NO. |
|---|---|---|---|---|
| FIRST NAMED PLAINTIFF | GRUDIER, PATRICIA - 21 Church Road, Oakdale, CT 06370 | | | 01 |
| Additional Plaintiff | | | | 02 |
| FIRST NAMED DEFENDANT | HENDEL'S INC. - 35 Great Neck Road, Waterford, CT 06385, c/o Myron Hendel, its agent for service, 16 Strand Road, Waterford, CT 06385 | | | 50 |
| Additional Defendant | | | | 51 |
| Additional Defendant | | | | 52 |
| Additional Defendant | | | | 53 |

## NOTICE TO EACH DEFENDANT

1. **YOU ARE BEING SUED.**
2. This paper is a Summons in a lawsuit.
3. The Complaint attached to these papers states the claims that each Plaintiff is making against you in this lawsuit.
4. To respond to this Summons, or to be informed of further proceedings, you or your attorney must file a form called an "Appearance" with the Clerk of the above-named Court at the above Court address on or before the second day after the above Return Date.
5. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default.
6. The "Appearance" form may be obtained at the above Court address.
7. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately take the Summons and Complaint to your insurance representative.
8. If you have questions about the Summons and Complaint, you should consult an attorney promptly. **The Clerk of Court is not permitted to give advice on legal questions.**

| DATE<br>2/7/2008 | SIGNED (Sign and "X" proper box) | [X] Comm. of Superior Court<br>[ ] Assistant Clerk | TYPE IN NAME OF PERSON SIGNING AT LEFT<br>Jacques J. Parenteau |
|---|---|---|---|

**FOR THE PLAINTIFF(S) PLEASE ENTER THE APPEARANCE OF:**

| NAME AND ADDRESS OF ATTORNEY, LAW FIRM OR PLAINTIFF IF PRO SE (No., street, town and zip code)<br>Madsen, Prestley & Parenteau, 105 Huntington Street, New London, CT 06320 | TELEPHONE NUMBER<br>860-442-2466 | JURIS NO. (If atty. or law firm)<br>418345 |
|---|---|---|
| NAME AND ADDRESS OF PERSON RECOGNIZED TO PROSECUTE IN THE AMOUNT OF $250 (No., street, town and zip code)<br>Kate Demitrus, 44 Capitol Avenue, Hartford, CT 06106 | SIGNATURE OF PLAINTIFF IF PRO SE | |

| # PLFS.<br>1 | # DEFS.<br>1 | # CNTS.<br>2 | SIGNED (Official taking recognizance; "X" proper box) | [X] Comm. of Superior Court<br>[ ] Assistant Clerk | For Court Use Only<br>FILE DATE |
|---|---|---|---|---|---|

IF THIS SUMMONS IS SIGNED BY A CLERK:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service thereof.

NEW LONDON COUNTY ATTEST
STATE MARSHAL
THOMAS J. BURKE
A TRUE COPY

| I hereby certify I have read and understand the above: | SIGNED (Pro Se Plaintiff) | DATE SIGNED | DOCKET NO. |
|---|---|---|---|

**ORIGINAL**

STATE OF CONNECTICUT
SUPERIOR COURT

**Return Date: March 11, 2008**

| | | |
|---|---|---|
| PATRICIA GRUDIER, | : | |
| | : | **JUDICIAL DISTRICT OF** |
| Plaintiff | : | **NEW LONDON AT NEW** |
| | : | **LONDON** |
| v. | : | |
| | : | |
| HENDEL'S, INC. | : | |
| | : | |
| Defendants. | : | |
| | : | **FEBRUARY 7, 2008** |

## COMPLAINT

COUNT ONE:  VIOLATION OF EQUAL PAY ACT, 29 U.S.C. § 206(d)
(as against All Defendants)

1. Plaintiff, Patricia Grudier, ("Plaintiff") is an individual residing in the State of
   Connecticut. Plaintiff is a female who was formerly employed by the Defendant,
   Hendel's, Inc.

2. Defendant, Hendels, Inc., ("Defendant") is an employer that transacts business in
   the State of Connecticut. Defendant is located at 35 Great Neck Road,
   Waterford, CT 06385.

3. Plaintiff commenced her employment with Defendant Hendel's, Inc. in 1988.

4. In 1994, Plaintiff became Manager of Field Operations.

5. In on or about 2001, Plaintiff was also awarded the title of Office Manager.

6. Therefore, as of on or about 2001, Plaintiff was both the Office Manager, and the
   Manager of Field Operations.

7. During Plaintiff's employment, she was treated differently than male employees,
   and she was paid substantially less than comparable male employees who

A TRUE COPY
THOMAS J. BURKE
STATE MARSHAL
LONDON COUNTY ATTEST

performed work that required equal skill effort and responsibility, and performed under similar working conditions

8. For instance, Arthur Lunt preceded Plaintiff as Manager of Field Operations. Even though Plaintiff performed all of the responsibilities that he performed as Manager of Field Operations, in addition to all of the responsibilities as Office Manager, Defendant paid him substantially more than it paid Plaintiff.

9. Additionally, at the same time that Plaintiff was working as Manager of Field Operations and Office Manager, Defendant employed Terrence Crowley as Gas Manager and Richard Ruzzo as Propane Manager - - both of whom are males. Even though Plaintiff was responsible for supervising many more employees than both men, and Plaintiff was employed at the same level of Defendant's organization, Defendant paid both men substantially more than it paid to Plaintiff.

10. Additionally, Defendant hired a male to perform a portion of the job responsibilities that Plaintiff performed, and it is paying that individual substantially more than it paid to Plaintiff.

11. Defendant even paid Plaintiff less than a male employee who was Plaintiff's subordinate.

12. Defendant also paid Plaintiff a Christmas bonus that was significantly less than the bonus paid to male managers.

13. Plaintiff was told several times that the reason that Hendel's Inc. would not pay her more money was because she was a woman.

14. Plaintiff complained repeatedly to Defendant's President, Myron Hendel, about the fact that he was paying her substantially less than similarly situated male employees who performed comparable work.

15. The discrimination and disparate treatment Plaintiff experienced was indicative of a workplace environment hostile towards women. In addition to discrimination in compensation and terms and conditions of employment, females employed by Defendant, including Plaintiff, were forced to endure pervasive or severe sexual harassment.

16. On or about September 28, 2007, Douglas Hendel informed Plaintiff that a new male employee would be hired starting on Monday. Douglas Hendel stated that the new male employee would be assuming one-third of Plaintiff's job responsibilities and that Plaintiff would be reporting to him. In response to Plaintiff's inquiry, Douglas Hendel confirmed that the new male employee would make more money than Plaintiff - - even though he would only be performing one-third of the job responsibilities that Plaintiff had performed for years.

17. Douglas Hendel also told Plaintiff at that time that he and Terrence Crowley were making a bet on whether Plaintiff would continue her employment or quit in response to the information. Douglas Hendel told Plaintiff that Terrence did not think that she was going to stay and that he thought the chances were 50/50.

18. Defendant significantly reduced Plaintiff's job responsibilities, demoted Plaintiff, and materially changed the terms and conditions of Plaintiff's employment.

19. Thereafter, Plaintiff requested that she be paid equivalent to the new male employee. Defendant refused Plaintiff's request. Douglas Hendel told Plaintiff "absolutely not."

20. Defendant's discriminatory employment practices, including those discriminating against Plaintiff in terms of compensation, constitute a continuing violation.

21. Defendant has engaged in a pattern and practice of gender discrimination.

22. Defendant has discriminated against Plaintiff and other females in the terms and conditions of employment, including without limitation, compensation.

23. Defendant has also subjected Plaintiff and other female employees to a hostile working environment on the basis of gender, as they engaged in severe or pervasive sexual harassment that interfered with the ability of Plaintiff and others to perform their jobs.

24. Defendant has violated Plaintiff's rights, and the rights of other similarly situated females under the Equal Pay Act of 1964, 29 U.S.C. § 206(d), as it has paid lower wages to females than they paid to male employees for equal work on jobs the performance of which requires equal skill effort and responsibility, and which are performed under similar working conditions.

25. Defendant's violation of the Equal Pay Act was willful.

26. Plaintiff has suffered damages as a result of Defendant's conduct, including, but not limited to, lost wages and employment benefits, liquidated damages, attorneys' fees and costs.

COUNT TWO:        VIOLATION OF CONN. GEN. STAT. §§ 31-75 & 31-76

    1.-23.   Plaintiff incorporates Paragraphs 1 through 23 of Count One into this

Count Two as if they were fully alleged herein.

24.       Defendant discriminated against Plaintiff in the amount of compensation

on the basis of her sex in violation of Conn. Gen. Stat. §§ 31-75 & 31-76.

25.       Plaintiff has suffered damages as a result of Defendant's conduct,

including, but not limited to, lost wages and employment benefits,

liquidated damages, attorneys' fees and costs.

WHEREFORE, Plaintiff claims A TRIAL BY JURY, judgment against the

defendant and:

1.       Compensatory damages, including, but not limited to, damages for lost

wages and lost benefits;

2.       Liquidated damages pursuant to 29 U.S.C. § 216(b);

3.       Attorney's fees and costs pursuant to 29 U.S.C § 216(b);

4.       Interest; and

5.       Such other relief in equity or law that may pertain.

PLAINTIFF
PATRICIA GRUDIER

By: _____

Jacques J. Parenteau,
Madsen, Prestley & Parenteau, LLC
105 Huntington Street
P.O. Box 1631
New London, Connecticut  06320
Tele: (860) 442-2466
Fax: (860) 447-9206
E-Mail: JParenteau@mppjustice.com
Juris No. 418345

A TRUE COPY
THOMAS J. BURKE
STATE MARSHAL
NEW LONDON COUNTY ATTEST

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

**Return Date: March 11, 2008**

| | | |
|---|---|---|
| **PATRICIA GRUDIER,** | : | |
| | : | **JUDICIAL DISTRICT OF** |
| **Plaintiff** | : | **NEW LONDON AT NEW** |
| | : | **LONDON** |
| **v.** | : | |
| | : | |
| **HENDEL'S, INC.,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | **FEBRUARY 7, 2008** |

**STATEMENT OF AMOUNT IN DEMAND**

The amount in demand is greater than $15,000.00, exclusive of interest and costs.

PLAINTIFF
PATRICIA GRUDIER

By: _____
Jacques J. Parenteau,
Madsen, Prestley & Parenteau, LLC
105 Huntington Street
P.O. Box 1631
New London, Connecticut   06320
Tele:  (860) 442-2466
Fax: (860) 447-9206
E-Mail: JParenteau@mppjustice.com
Juris No. 418345

