UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Grudier,<br>    *Plaintiff*,<br><br>v.<br><br>Hendel's, Inc.,<br>    *Defendant*. | Civil No. 3: 08cv369 (JBA)<br><br>March 13, 2009 |

**ORDER**

Magistrate Judge Margolis reported that this matter has settled. The case will now be administratively closed and the Clerk is directed to close the file without prejudice to reopening on or before April 13, 2009.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may do so on or before April 13, 2009.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with D. Conn. L. Civ. R. 7.

The Court very much appreciates the efforts of counsel and Magistrate Judge Margolis in settling this matter.

                      IT IS SO ORDERED.

                      /s/
                      Janet Bond Arterton, U.S.D.J.