| | |
|---|---|
| **PATRICIA GRUDIER,** | ) |
| Plaintiff, | ) CASE NO.: 3: 08-CV-369 (JBA) <br> ) <br> ) |
| v. | ) <br> ) |
| **HENDEL'S, INC.** | ) <br> ) <br> ) |
| Defendant. | ) April 22, 2009 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Local Rules of this Court, the parties in the above action hereby stipulate to the voluntary dismissal of the above-captioned action against Defendant, HENDELS, INC. The parties further stipulate that said dismissal is <u>with</u> prejudice and is to occur <u>without</u> the imposition or award of fees or costs to either party.

| | |
|---|---|
| PLAINTIFF, <br> Patricia Grudier | DEFENDANT, <br> Hendel's, Inc. |
| By: /s/ Todd D. Steigman <br> Todd D. Steigman <br> Fed. Bar No. ct26875 <br> Madsen, Prestley & <br>   Parenteau, LLC <br> Her Attorney <br> 44 Capitol Avenue <br> Hartford, CT  06106 <br> Tel: (860) 246-2466 <br> Fax: (860) 246-1794 <br> tsteigman@mppjustice.com | By: /s/ George J. Kelly, Jr. <br> George J. Kelly, Jr. <br> Fed. Bar No. ct06888 <br> Siegel, O'Connor, O'Donnell <br>   & Beck, P.C. <br> Its Attorneys <br> 150 Trumbull Street <br> Hartford, CT 06103 <br> Tel: (860) 727-8900 <br> Fax: (860) 527-5131 <br> gkelly@siegeloconnor.com |